IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

NATALIE L. HORTON                                                                PLAINTIFFS
and RANDOLPH W. MARTIN

v.                              No. 4:11CV00917 JLH

U.S. BANK NATIONAL ASSOCIATION;
MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC.; and DYKE, HENRY,
GOLDSHOLL, & WINZERLING, PLC                                         DEFENDANTS

## JUDGMENT

Pursuant to the Order entered separately today, this action is dismissed without prejudice.

IT IS SO ORDERED this 21st day of February, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE